1090

No. 94–6712.  OGDEN *v.* SAN JUAN COUNTY ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–6717.  GILLIAM *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 94–6719.  LONG *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–6721.  SIMPSON *v.* GROOSE, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 94–6722.  WEAKLEY ET UX. *v.* SECURITY STATE BANK & TRUST ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–6730.  OKOCHA *v.* CLEVELAND BAR ASSN. ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 94–6733.  TUCKER *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 94–6735.  HOWARD *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–6738.  TRIPATI *v.* ARPAIO, MARICOPA COUNTY SHERIFF.  Sup. Ct. Ariz.  Certiorari denied.

No. 94–6742.  BRYSON *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 94–6744.  HARTFORD *v.* ARIZONA DEPARTMENT OF ECONOMIC SECURITY.  Ct. App. Ariz.  Certiorari denied.

No. 94–6747.  SIMONSON *v.* SIMONSON.  Ct. App. Minn.  Certiorari denied.

No. 94–6748.  AZIZ *v.* WRIGHT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 94–6749.  AZIZ *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.